We will proceed to the fourth case, the United States v. Johnson. Mr. Hillis. Good morning. May it please the Court. My name is Daniel Hillis. I'm with the Federal Public Defender's Office, and I represent Ms. Johnson. The first issue we'd like to discuss today is the government's duty to disclose Brady material and the lack of a sentencing by the district court when it did the restitution here. We've made no allegation of bad faith by the government. We don't argue that it's a deliberate failure to disclose, but we know from the sentencing hearing that... Counsel, I don't understand what disclosure before sentencing does when restitution is joint and several liability. Anything the United States actually manages to collect from the taxpayers is automatically deducted from the restitution amount. So long as there's an order in effect that makes that happen, but also, Judge, even if that's not the case... No. That's the way joint and several liability works. There doesn't have to be an order specifying that. Okay. Now, maybe I'm wrong. Maybe this isn't joint and several liability. I think it is. But if it is, then what the district court is supposed to do is set down the total loss, and then as it's collected, either from the defendant or from the taxpayers, the amount due from the other goes down. That's just the way the thing works. Certainly, Your Honor. However, I believe that she has been ordered to pay exclusively the amounts. So I have to go back and confirm the judgment. But there's also a 3553A problem, Judge. And if the judge labors under the impression that she is responsible for a greater loss than there actually was, not only is that relevant as a mitigating factor under 3553A1, but also there's a due process problem by relying on inaccurate information. So if the loss, for example, was not $79,000, but was in fact $59,000... The loss is the total amount of loss. Your argument concerns how that loss is collected and from whom, not the total amount of the loss. So I can't figure out why, if there's joint and several liability, the judge isn't supposed to put down the total. And then how much is paid by somebody other than the defendant just automatically gets deducted. Okay, Your Honor. But nevertheless, there would still be the problem of if the district court thinks the total amount that hasn't been recovered is $79,000, but say $78,000 has been recovered, then that makes the sentencing a very different event. So that is definitely a feature here. And we don't know, because there's not complete accounting, which is required under the law and it wasn't done. Paragraph 17 in the PSR, I think it is. What law requires it if restitution is joint and several liability? The 3664A provision, I think, Judge, requires the complete accounting. That's the exact language. A complete accounting must be performed. It wasn't done. And I'll try to confirm what the judgment language is, whether it's joint and several. But at least we know from the statements by the prosecutor. It doesn't even have to be in a judgment. Standard judgments entered by federal courts are joint and several unless they say otherwise. Okay. There are very occasional entries of several judgments. But that's just the starting point. Federal court judgments are joint and several unless they say otherwise. That's fine, Your Honor. And there's supposed to be complete accounting. There's supposed to be reduction under 3664J2A through B. Those things we don't know because, again, we don't have the information that's necessary here to show the judge did those things. But if I may move on to the second point, and that is the waiver form that the judge exacted from my client prior to sentencing. We think that this is a one party in advance. I want you to essentially waive all challenges in advance of any condition that I impose. And the party expecting to be sentenced by the judge who is going to be looking at period of imprisonment and so forth is more or less under Florida versus Bostick, I'd say, coerced by a government actor into relinquishing rights that they would not otherwise relinquish under ordinary circumstances. Do you know if other judges in the Southern District, other than Judge Rosenstengel, are employing her form? I'm not certain. She says our court has come up with this form, so my suspicion is that the Southern District is doing it. But I'm not as familiar with the Southern District's practices as my opponent, Mr. Smith. He may be able to enlighten you further on that, Your Honor. But the form itself is the problem. You cannot ask it's a lopsided affair if you're coming into the sentencing and you're telling the defendant to waive something and the government's not made to do the same thing. Parties are going to propose conditions supervised release. It is going to be a matter of contest between the parties. The district court, I believe, took a stake in this by aligning its interests with the government, wanting the conditions, what the government does here. The district court asked the party to waive in advance the conditions that the government wants. This is a matter where the appearance of justice is not in effect as it should be in a fair tribunal when a court asks one party to waive something in advance. For the reason I just explained, Your Honor. That wasn't a reason. Let me try again. The judge also is going to ask the defendant if you want to plead guilty and it doesn't ask that of the government. And that waives a lot of rights. Yes, but the defendant has the option to say no. Is there any contention that Judge Rosenstengel imposes a cost on a defendant who says no to this particular request? Well, I don't have a crystal ball that didn't happen here so I couldn't tell you. Then if there's not even any such contention, what's the problem with asking if you want to waive what is for most defendants most of the time a complete waste of time reading an open court conditions that the defendant has already read on paper? I don't think that we can say that it is a complete waste of time because there are... If the defendant thinks it's a waste of time, the defendant's free to waive the reading. I don't know what the defendant... Why is that a violation of the Constitution to ask the defendant if the defendant thinks this is a waste of time? You're asking one party to waive contest to conditions. Look, we've just been through this. The defendant is asked if he wants to plead guilty. The government is not. Right. There are a whole bunch of things that are designed for the protection of defendants if they want them. But the defendants aren't compelled to take advantage of that. And the fact that they aren't designed for the protection of the government is why the government isn't asked to waive them. I'm not certain what it protected for the defendant to have that request made. The defendant wasn't in a position that she felt she could say no, Judge, given the immediacy that the sentence was going to be imposed by the judge that she risked angering, as maybe I just did here today myself. But if I may move on then to the supervised release conditions themselves. We have problems with those as well. The judge did not define judicial district. It's a vague term. We know this from Thompson and Kappas and other cases. The guidelines themselves, the condition does not use the term judicial district. So why the district court continues to use it, I don't know, but it should at the very least define it. It didn't do so. And the government says, no problem, just have the defendant go ask the probation officer what that means. And we know, page 382 out of the Thompson decision, we don't tell defendants to go ask the probation officers to define terms that are imposed by the district court. Vague terms have to be defined by the sentencing judge. Follow all reasonable instructions. We don't know what's reasonable. And the guidelines, again, don't use this condition. They move it to the conditions of supervised release, as related to supervised release. This is a terribly open-ended thing. The condition that allows the probation officer to search practically everywhere, we know that's improper under Farmer. It's a very similar case that we cited in our brief. And the condition allowing virtually all of Ms. Johnson's money to be taken, we know that there was a payment program that's put in the written judgment, but it was not part of the oral pronouncement. Thank you. I reserve the balance of my time. Thank you, Mr. Hillis. Mr. Smith. Good morning. May it please the court, Norm Smith, Southern District of Illinois U.S. Attorney's Office. Fair to disclose exculpatory evidence alleging bad faith or not should not be a spear that is lightly thrown. In this particular case... Once the prosecutor or the United States collects the taxes from the taxpayer, does it notify the defendant and say your restitution is hereby reduced by this amount? If it reaches a point where it makes a material difference, the internal revenue... Forget about material difference. Just take my question as it is. Government collects, say, a thousand dollars from one of the taxpayers. Does it notify the defendant and say your obligation is reduced to that amount? That's what it should do under joint and several liability. May I explain with not a yes or no, because it's a hybrid joint and several. It's not a traditional joint and several, and I can explain why. First off, the defendant always has a right to request and get an accounting, and that can be done from the clerk of the court, which keeps that information. It can also be done by the financial litigation unit of each United States Attorney's office. In this particular case... So is your answer to my question yes or no? If Evelyn Johnson pays $50 on a given month, she is not likely to get a statement saying that her total restitution is reduced by $50 on that particular month. That's the answer, but I can explain further. Every tax case in the United States for a tax preparer, there is a link between a defendant and the tax years for the taxpayer by Social Security number and the tax year. Those create like tax modules. The Internal Revenue Service then tracks that. So therefore, a defendant does get credit for money that is collected from a third party, in this case a taxpayer. I do believe there's an exception. And that exception in this case is the civil taxpayer on notice of deficiency may be assessed. It was in some of these instances. In that case, interest and penalties accrue to the defendant who doesn't have to pay that. So therefore, you can have a situation where you get a third party paying money towards their taxes that doesn't get a dollar for dollar credit towards a defendant's criminal restitution. That's what I wanted to clarify. In this particular case on the failure to disclose, certified account transcripts were shown to defense counsel prior to trial in conformity with Rule 16 along with the work papers. They were introduced at trial. A certified account transcript is for each count of the indictment pertaining to a particular taxpayer, a particular year. A certified account transcript is a snapshot in time. This was shortly before trial. And it shows all activity that pertains to that particular tax year for that particular taxpayer under that social security number. Therefore, there was full disclosure. And there were notices of intent to levy. There were penalties and interest assessed against some of those taxpayers. That is what was disclosed to the court of sentencing that appellant's counsel takes issue with. Secondly, the waiver form. It is used by all of the judges in the Southern District of Illinois. It's document 80 in the lower court before. It's a two page document. And it's actually been wonderful for our district. It's had a positive effect. You know what it does?  And go over all of those conditions and justifications prior to sentencing. They weren't always before. Now, a defendant has to sign and the defense counsel has to sign. The defendant does not have to sign anything, does he? Well, you are correct. They cannot sign it. And so you say the defendant has to sign. This document is invalid. In that context, you are absolutely correct. So, to your knowledge, does any judge of the district court make something bad happen if the document is not signed? Mr. Hillis said he didn't have any knowledge of that. Well, it's absolutely not. That wouldn't even be fair. Never in any of my experiences. Because it has had the reverse, the positive effect. And you can look at this particular sentencing transcript with Judge Rosenstengel. Evelyn Johnson signed the form, so did the defense counsel, but Evelyn Johnson still had questions. So Judge Rosenstengel took all the time that Evelyn Johnson needed, gave her additional time, paused and took a break, gave her more time to read them, came back, answered more questions about those and the positive effect. It's certainly not judicial intimidation as the appellant's counsel would suggest. Conditions of supervision. All of the counties of the Southern District of Illinois are set forth in the pre-sentence investigation report that the defendant acknowledges that comprises our judicial district. So I'm missing how that becomes vague because they're set forth. If she forgets it, she can't ask. It's a two-way street, but they're all set forth. There's no vagueness. Secondly, as far as the schedule of payments, 10% or $50, whichever is greater. The fact of a schedule of payments is also set forth in the pre-sentence investigation report at paragraph 106. So there was no surprise there was going to be a schedule of payments, and in fact that 10% or $50, whichever is greater, is quite standard for any low-income defendant in our district. What about this search condition based upon reasonable suspicion of contraband or evidence of violation? Is there a connection that I'm missing between her charged crime and the need for future searches? One, it's a plain error, but in this case it was appropriate anyway as I tried to suggest. It's judicial discretion, but in this case where we have kind of an anti-government mentality, the fact that she possessed a gun and some other things, it didn't seem wayward to me to make that a condition. Do you have a response to Mr. Hillis' citation to the farmer case on that particular condition? Not offhand, Your Honor. Okay. It's inherently reasonable under the circumstances. Thank you. And she agreed. Any other questions I'll be glad to answer. Thank you. Thank you. Mr. Hillis. Each supervised release condition, each part of the sentence is supposed to be based on the particularized concerns for an individual. I don't understand if somebody lawfully possessed a gun how this now allows this far-ranging search that's found impermissible under Farmer. If $50 is standard, that's again a problem because it should be particularized. If jurisdiction, excuse me, judicial district isn't vague, then this court's prior case law was wrong on that subject, I suppose, but the government hasn't asked the court to reverse or to part company 40E or et cetera on that issue. So I think that we are correct to rely on the case law that we cited. On the condition on judicial district, they do spell out every county. PSR does. Yeah. But the judge didn't adopt that, Judge. So it should be in the written judgment. That's all we're asking for. So the probation office proposed an acceptable solution. It's not that the judge couldn't have done that. The problem is the judge didn't do that. That's our issue. We'd just like notice. The government says that this waiver form has a positive effect Now people are reviewing things. They're in the PSR. They should be reviewing things. The waiver form is the problem because they're giving up rights. It serves no additional purpose. It just allows for a party to now have to, I think the government was right, feel compelled to give this up. Compelled how? Beg your pardon, Your Honor? Compelled how? Because the judge wants this to happen. What happens to the defendant who doesn't serve? We can only Your Honor, I don't have examples to say that the sentences get better or worse based on the non-occurrence of an event. The government didn't tell us, and I'm not sure of any case where somebody has felt that they could refuse this. That'd be an interesting exercise. You can't answer the question compelled how. It is not proper to argue that the judge has compelled something. You need a basis for your assertions to a federal court. And you have conceded that you have no basis for your current assertion. No, I'm not conceding that. An officer shows up with a gun, a badge, asks somebody to do something. Case law says that's compulsion. We have a similar experience when a person in a dark robe who's going to give a prison sentence tells somebody, here's a form. We've generated this. We'd like you to waive your challenge to all these conditions. I don't see how giving consent by the police would be any different than giving consent to the judge under that circumstance. But in that regard, don't we have a little insulation here with their signature by a member of the bar of his or her commitment to have that dialogue? I understand your comment about the gun and the badge and all that that portends. But I just wonder here if we don't have some protection that doesn't exist in your opinion. I think that is a very fair point, Your Honor, if I can respond like this. We know from reviewing the sentencing transcripts that my client didn't have a good understanding of anything about supervised release such that we can import any knowledge to her. And what counsel spoke with her about, I'm not sure either, but we know this additional fact because the government sought a psych evaluation and got my client committed to a mental institution. How much she understood about anything that transpired between her and her counsel such that counsel's representations can be relied on should be an additional problem for this court to rely on either his statements or my client's statements. And assessing anything other than what's plain in the record is that she did not understand much about supervised release. With that, I have nothing further to observe again. Complete accounting is required under the law. 3664A is the provision. It didn't happen here. Thank you. I'm sorry. I didn't hear. She's in a local jail awaiting trial. So that's just inaccurate. It was a psych evaluation at a BOP facility. It was required upon the government's motion that that occur. I'm sorry. Thank you.